NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JORGE GUERRERO, *Petitioner.*

No. 1 CA-CR 25-0398 PRPC

FILED 02-05-2026

Petition for Review from the Superior Court in Mohave County
No. CR-2008-0927
The Honorable Rick A. Williams, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Mohave County Attorney's Office, Kingman
By Jacob Cote
*Counsel for Respondent*

Jorge Guerrero, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge David B. Gass, Judge Anni Hill Foster, and Chief Judge Randall M. Howe delivered the decision of the court.

---

**PER CURIAM**:

**¶1**        Petitioner Jorge Guerrero seeks review of the superior court's order denying his petition for post-conviction relief. This petition is Guerrero's second.

**¶2**        Absent an abuse of discretion or error of law, the court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Guerrero bears the burden of showing the superior court abused its discretion by denying his petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (saying petitioner has burden of establishing abuse of discretion on review).

**¶3**        The court reviewed the record, the superior court's order denying the petition for post-conviction relief, the petition for review, the response, and supplemental briefing. Guerrero has not established an abuse of discretion.

**¶4**        The court thus grants review but denies relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:            JR